SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

JONES DAY
Toni-Ann Citera*
Rajeev Muttreja*
250 Vesey Street
New York, NY 10281
(212) 326-3939

JONES DAY
Noel J. Francisco*
Yaakov M. Roth*
Brett A. Shumate*
Charles E.T. Roberts*
51 Louisiana Ave. NW
Washington, DC 20012
(202) 879-3939

*admitted *pro hac vice*

*Attorneys for Plaintiff
Bristol Myers Squibb Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRISTOL MYERS SQUIBB COMPANY, | : | Civil Action No. 23-3335(ZNQ)(JBD) |
| | : | |
| Plaintiff, | | Hon. Zahid N. Quraishi |
| v. | : | Hon. J. Brendan Day |
| | | |
| XAVIER BECERRA, U.S. Secretary of Health & Human Services; CHIQUITA BROOKS-LASURE, Administrator of Centers for Medicare & Medicaid Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES, | : | **NOTICE OF APPEAL** |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), Plaintiff

Bristol Myers Squibb Company hereby appeals to the United States Court of Appeals

for the Third Circuit from the final judgment entered on April 29, 2024. *See* ECF No.

110 (Opinion); ECF No. 111 (Order).

Respectfully submitted,

*/s/ Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum
Katherine M. Lieb
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-5430


Toni-Ann Citera*
Rajeev Muttreja*
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939

Noel J. Francisco*
Yaakov M. Roth*
Brett A. Shumate*
Charles E.T. Roberts*
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20012
(202) 879-3939

*admitted *pro hac vice*

*Counsel for Plaintiff*
*Bristol Myers Squibb Company*

Dated:  April 29, 2024

SILLS CUMMIS & GROSS
P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

JONES DAY
Toni-Ann Citera*
Rajeev Muttreja*
250 Vesey Street
New York, NY 10281
(212) 326-3939

JONES DAY
Noel J. Francisco*
Yaakov M. Roth*
Brett A. Shumate*
Charles E.T. Roberts*
51 Louisiana Ave. NW
Washington, DC 20012
(202) 879-3939

*admitted *pro hac vice*

*Attorneys for Plaintiff*
*Bristol Myers Squibb Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRISTOL MYERS SQUIBB COMPANY, | : | Civil Action No. 23-3335(ZNQ)(JBD) |
| | : | |
| Plaintiff, | | Hon. Zahid N. Quraishi |
| v. | : | Hon. J. Brendan Day |
| | | |
| XAVIER BECERRA, U.S. Secretary of Health & Human Services; CHIQUITA BROOKS-LASURE, Administrator of Centers for Medicare & Medicaid Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES, | : | **CERTIFICATE OF SERVICE** |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

JEFFREY J. GREENBAUM, of full age, certifies as follows:

1.     I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and a Member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Bristol Myers Squibb Company in the above-captioned action.

2.      On April 29, 2024, a copy of the foregoing Notice of Appeal was electronically filed and thereby served upon all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

<u>s/ Jeffrey J. Greenbaum</u><br>
JEFFREY J. GREENBAUM

Dated: April 29, 2024