UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>24-1819</u>, <u>24-1820</u>, & <u>24-1821</u>

AstraZeneca Pharmaceuticals LP v. U.S. Secretary of Health & Human Servs.
(D. Del. No. 1:23-cv-00931)

Bristol Myers Squibb Co. v. U.S. Secretary of Health & Human Servs.
(D.N.J. No. 3:23-cv-03335)

Janssen Pharmaceuticals, Inc. v. U.S. Secretary of Health & Human Servs.
(D.N.J. No. 3:23-cv-03818)

To:     Clerk

1)      Unopposed Motion by Appellants in No. 24-1819 to Enter Proposed
        Briefing Schedule and Set Case for Argument Alongside Two Related
        Appeals, construed as Motion to Consolidate No. 24-1819 with Nos.
        24-1820 and 24-1821 for Disposition Only and to Modify the Briefing
        Schedule in No. 24-1819

---

The foregoing motion is granted. The appeal at No. 24-1819 is consolidated with
the appeals at Nos. 24-1820 and 24-1821 for disposition only.  Additionally, the briefing
schedule issued on May 16, 2024, in No. 24-1819 is modified as follows:

Appellants' brief must be filed and served on or before **July 15, 2024**;
Appellees' brief must be filed and served on or before **September 12, 2024**; and
Appellants' reply brief must be filed and served on or before **October 7, 2024**.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 13, 2024
Amr/cc: All counsel of record