9:30 A.M.
THE COLLINS J. SEITZ COURTOOM (19TH FLOOR)

WEDNESDAY, OCTOBER 30, 2024

Coram: HARDIMAN, PHIPPS and FREEMAN, Circuit Judges

No. 24-1197

GUSTAVO DIAZ;
JOSEPH SANTOS; et al.

v.

FCA US LLC

Gustavo Diaz; Joseph Santos; Christian A. Gibson;
Gerald Sinclair; Marvin Leon Veal; Domenick Scorziello;
Appellants

| Counsel for Appellants | Counsel for Appellee |
| --- | --- |
| RYAN WU, I | STEPHEN A. D'AUNOY |
| (15 minutes per Court) | (15 minutes per Court) |

---

Nos. 24-1819/24-1820/24-1821

ASTRAZENECA PHARMACEUTICALS LP, et al.,
                                    Appellants No. 24-1819
v.
SECRETARY UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.

___

BRISTOL MYERS SQUIBB CO,
                                    Appellant No. 24-1820
v.
SECRETARY UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.

___

JANSSEN PHARMACEUTICALS INC,
                                    Appellant No. 24-1821
v.
SECRETARY UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.

Continued…

PAGE TWO - CONTINUED                                WEDNESDAY, OCTOBER 30, 2024

Coram: HARDIMAN, PHIPPS and FREEMAN, Circuit Judges

(Nos. 24-1819/24-1820/24-1821 – Continued)

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| YAAKOV M. ROTH<br>[Fifth Amendment]<br>(20 minutes per Court) | CATHERINE M. PADHI<br>[Fifth Amendment]<br>(20 minutes per Court) |
| KEVIN KING<br>[First Amendment]<br>(20 minutes per Court) | CATHERINE M. PADHI<br>[First Amendment]<br>(20 minutes per Court) |
| CATHERINE E. STETSON<br>[AstraZeneca Case]<br>(20 minutes per Court) | LINDSEY POWELL<br>[AstraZeneca Case]<br>(20 minutes per Court) |
| (1 Hour Total per Court) | (1 Hour Total per Court) |