OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 27, 2025

Melissa E. Rhoads
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 E State Street
Trenton, NJ 08608

RE: Bristol Myers Squibb Co v. Secretary United States Department of HHS, et al
Case Number: 24-1820
District Court Case Number: 3:23-cv-03335

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: October 27, 2025

Amr/cc: Cory L. Andrews, Esq.
Joseph P. Ashbrook, Esq.
Maxwell A. Baldi, Esq.

Charles L. Becker, Esq.
Craig B. Bleifer, Esq.
Hannah W. Brennan, Esq.
Jeffrey S. Bucholtz, Esq.
Brian T. Burgess, Esq.
D. Adam Candeub, Esq.
Alyssa H. Card, Esq.
Mr.  Jay R. Carson, Esq.
Jeffrey S. Chiesa, Esq.
Jamie Crooks, Esq.
Margaret Dotzel, Esq.
Lawrence S. Ebner, Esq.
Ilana H. Eisenstein, Esq.
Felicia H. Ellsworth, Esq.
Richard A. Epstein, Esq.
Benjamin M. Flowers, Esq.
Noel J. Francisco, Esq.
Rebekah Glickman-Simon, Esq.
Brianne J. Gorod, Esq.
Jeffrey J. Greenbaum, Esq.
Deepak Gupta, Esq.
Maame A. Gyamfi, Esq.
David A. Hatchett, Esq.
Matthew P. Hooker, Esq.
Paul W. Hughes III, Esq.
Ronald L. Israel, Esq.
Daniel G. Jarcho, Esq.
Thomas S. Jones, Esq.
Nandan M. Joshi, Esq.
Alexander Kazam, Esq.
Kevin F. King, Esq.
Flavio L. Komuves, Esq.
Katherine M. Lieb, Esq.
Michael D. Lieberman, Esq.
Neil Lloyd, Esq.
Jody T. Lopez-Jacobs, Esq.
David A. Luttinger Jr., Esq.
Tyler L. Martinez, Esq.
Andrew M. Milz, Esq.
Claudia Morera, Esq.
Andrew J. Morris, Esq.
Rajeev Muttreja, Esq.
Steven A. Myers, Esq.

David Peters, Esq.
William B. Schultz, Esq.
Elizabeth J. Sher, Esq.
John H. Thompson, Esq.
Robin F. Thurston, Esq.
Caroline L. Wolverton, Esq.